IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31083
_____


PICCADILLY CAFETERIAS, INC.; PICCADILLY
RESTAURANTS, INC.,

                                        Plaintiffs-Appellees,

versus


COBB INVESTMENT COMPANY, INC.,

                                        Defendant-Appellant,


COBB INVESTMENT COMPANY, INC.,

                                        Plaintiff-Appellant,

versus


PICCADILLY CAFETERIAS, INC.; PICCADILLY
RESTAURANTS, INC.,

                                        Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Middle District of Louisiana
(00-CV-224)
---------------------
May 9, 2002

Before WIENER and DENNIS, Circuit Judges, and Duplantier,[*]

PER CURIAM:[**]

_____

   [*]  Judge of the Eastern District of Louisiana, sitting by
designation.

   [**]  Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cobb Investment Co., Inc. appeals the grant of Piccadily's motion for summary judgment, dismissing Cobb's claims against Piccadilly for breach of contract, fraud, misrepresentation, and detrimental reliance. Cobb's claims arise from and in connection with a purchase agreement, with Cobb alleging that Piccadilly and its counsel misrepresented the nature and extent of an EEOC discrimination claim of which the parties became aware only days before the scheduled closing.

We have reviewed the summary judgment record, the opinion of the district court, and the facts and applicable law as presented in the briefs and exhibits filed by able counsel and as supplemented by their oral arguments. Based on our de novo review, we are satisfied that all rulings and the judgment of the district court are correct and should be affirmed for the reasons given by that court.

AFFIRMED.